UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRAVIS LAMONE BENJAMIN
    Plaintiff,
v.                                      Case No. 3:23-cv-4639/TKW/ZCB

WAYNE DALTON SALES CENTER
    Defendant.
_____/

# O R D E R

    This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 25) and Plaintiff's objection (Doc. 29). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim on which relief may be granted. Indeed, the objection is no more coherent than the second amended complaint in explaining what claim that Plaintiff is trying to assert.

    Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's R&R is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED** for failure to state a claim on which relief

may be granted.

    3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 1st day of May, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:23cv4639/TKW/ZCB